998

DETROIT TRUST CO., Trustee in Bankruptcy of WILSON SUPPLY COMPANY, a Michigan Corporation v. DOLOMITE, Inc., an Ohio Corporation.

No. 6948.

Circuit Court of Appeals, Sixth Circuit.

March 13, 1936.

Griffin, Heal & Emery, of Detroit, Mich., for appellant.

Dykema, Jones & Wheat, of Detroit, Mich., for appellee.

Before MOORMAN, HICKS and ALLEN, Circuit Judges.

PER CURIAM.

The order herein appealed from is affirmed on authority of Powell v. Leavitt, 150 F. 89 (C.C.A.1), and In re Southern Pharmaceutical Co. (D.C.E.D.Tenn.) 286 F. 148.

Ernest Di SANTO v. UNITED STATES of America.

No. 7240.

Circuit Court of Appeals, Sixth Circuit.

May 6, 1936.

Blase A. Buonpane, of Cleveland, Ohio, for appellant.

E. B. Freed, U. S. Atty., of Cleveland, Ohio.

PER CURIAM.

Reversed and remanded pursuant to confession of error and motion of appellee.

Guy ELLIOTT v. UNITED STATES of America.

No. 7282.

Circuit Court of Appeals, Sixth Circuit.

April 16, 1936.

Fred P. Geib, of Grand Rapids, Mich., for appellant.

Jos. M. Donnelly, U. S. Atty., of Grand Rapids, Mich.

Before MOORMAN, HICKS and ALLEN, Circuit Judges.

PER CURIAM.

The court being of opinion that there was substantial evidence upon which to submit to the jury the question of the appellant's guilt of the offenses charged in the indictment, and being also of opinion that the court did not commit any error prejudicial to the rights of appellant in its charge to the jury, it is ordered that the judgment be affirmed.

In the Matter of ERLICH FARM PRODUCTS, Inc., Bankrupt.

Nathan ERLICH, Rose Erlich, and Erlich Egg Corporation, Appellants, v. IRVING TRUST COMPANY, as Trustee, Appellee.

No. 433.

Circuit Court of Appeals, Second Circuit.

June 22, 1936.

Jacobson, O'Neill & Baum, of New York City (Isaac N. Jacobson, of New York City, of counsel), for appellants.

Charles Seligson, of New York City (Bernard Bayer, of New York City, of counsel), for appellee.

Before MANTON, SWAN, and CHASE, Circuit Judges.

PER CURIAM.

Order affirmed.